1  Robert F. McCauley (State Bar No. 162056)
   robert.mccauley@finnegan.com
2  Jennifer S. Swan (State Bar No. 269935)
   jennifer.swan@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
4  3300 Hillview Avenue
   Palo Alto, California  94304
5  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
6
   *Attorneys for § 1782 Applicant*
7  *Abbott Laboratories*

8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

12  In re Application of Abbott Laboratories for | Case No. 12-mc-80164-EMC-MEJ
    Order to Obtain Discovery for Use in a Foreign
13  Proceeding | **[PROPOSED] ORDER GRANTING
14                | STIPULATED PROTECTIVE ORDER
                  | PURSUANT TO SUBPOENAS
                  | INVOLVING HIGHLY SENSITIVE
15                | CONFIDENTIAL INFORMATION
                  | AND/OR TRADE SECRETS**

16

17

18

19

20

21

22

23

24

25

26

27

28

1  The Court, by this Order, hereby GRANTS and ENTERS as an Order of the Court the
2  Stipulated Protective Order Pursuant to Subpoenas Involving Highly Sensitive Confidential
3  Information and/or Trade Secrets signed by Abbott Laboratories and Genentech, Inc. in this matter
4  (filed partially under seal, and also filed in partially redacted form for public viewing).
5  PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __September 7, 2012_____          _____
                                          Hon. Maria-Elena James
                                          Chief United States Magistrate Judge